| | |
|---|---|
| 1 | HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP |
| | KURT A. FRANKLIN - 172715 |
| 2 | S. LANAY NEWSOM - 226393 |
| | 425 Market Street, 26th Floor |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 777-3200 |
| 4 | Facsimile: (415) 541-9366 |
| | Email: kfranklin@hansonbridgett.com |
| 5 | slnewsom@hansonbridgett.com |
| 6 | Attorneys for Defendants |
| | RUDOLPH COMMERCIAL INTERIORS, INC. and |
| 7 | STEVE RUDOLPH |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | GARY FREGEAU, | No. C 06 4469 MJJ |
| 13 | Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| 14 | v. | |
| 15 | RUDOLPH COMMERCIAL INTERIORS, INC., STEVE RUDOLPH and DOES 1 through 100, inclusive, | |
| 17 | Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice in

/////
/////
/////
/////
/////
/////
/////
/////

STIPULATION OF DISMISSAL WITH PREJUDICE (CASE NO. C 06 4469 MJJ)        1310477.1

05-29-07;10:15AM; Case 3:06-cv-04469-MJJ   Document 22   Filed 06/06/07   Page 2 of 2   # 3/ 4

May-22-07  10:57am  From-Murphy, Pearson, Bradley & Feeney  +4153938087  T-791  P.003/004  F-811
May-18-07  02:38pm  From-Murphy, Pearson, Bradley & Feeney  +4153938087

its entirety pursuant to FRCP 41(a)(1). Each party shall pay its own attorneys' fees and costs.

RUDOLPH COMMERCIAL INTERIORS

By: _____
Its: _____

STEVE RUDOLPH

DATED: April ___, 2007

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By: S. Lanay Newsom
KURT A. FRANKLIN
S. LANAY NEWSOM
Attorneys for Defendants
RUDOLPH COMMERCIAL INTERIORS, INC., and STEVE RUDOLPH

DATED: April ___, 2007
May 29

MURPHY, PEARSON, BRADLEY & FEENEY

By: _____
JOHN H. FEENEY
THOMAS J. D'AMATO
Attorneys for Plaintiff GARY FREGEAU

GARY FREGEAU

DATED: April 19, 2007

DATED: April ___, 2007
May 18, 2007

Dated: 6/2/2007

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA